THE MURRAY HILL BANK, Appellant, *v.* ELIZABETH VAN ANTWERP et al., Respondents.

(Submitted June 5, 1891; decided June 23, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made January 28, 1889, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

*Samuel Untermyer* for appellant.

*William C. Beecher* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

THOMAS C. AVERY, Respondent, *v.* WILLIAM H. STARBUCK, Appellant.

(Argued June 5, 1891; decided June 23, 1891.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made June 10, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

The questions discussed in this case were simply as to the reception of evidence, which were disposed of, in view of the circumstances appearing in the case, without the presentation of any point of general interest.

*George H. Adams* for appellant.

*Joseph H. Mosher* for respondent.

HAIGHT, J., reads for affirmance.
All concur.
Judgment affirmed.